ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

JS 6

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN DeKRAAI and WALTER DeKRAAI, <br><br> Plaintiffs, <br><br> vs. <br><br> CERTAINTEED CORPORATION, et al., <br><br> Defendants. | No. 2:13-cv-06747-DSF-PJWx <br><br> ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT <br><br> Judge:  Honorable Dale S. Fischer <br> Courtroom:  840 |

PURSUANT TO THE STIPULATION of plaintiffs and the removing party, Foster Wheeler LLC,

IT IS ORDERED that this case is REMANDED to the Superior Court of California, County of Los Angeles, Case. No. BC513672/JCCP4674.  The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of Los Angeles.

Dated: 9/27/13

_____
Hon. Dale S. Fischer
United States District Court